UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN F. DIMARCO, *et al.*,

             Plaintiff(s),

   v.

LORI COATES, *et al.*,

             Defendant(s).

CASE NO. 2:20-cv-01396-JRC

SCHEDULING ORDER

This matter is before the Court on the parties' consent and joint status report. Dkts. 56, 59. The Court declines to set a trial date at this time. The Court will set further deadlines as necessary, if the case is not resolved by settlement or dispositive motion. The parties shall comply with the following deadlines:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **October 29, 2021** |
| Deadline for amending pleadings | **November 12, 2021** |
| Mediation per LCR 39.1(c) held no later than | **November 30, 2021** |

| | |
|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **December 31, 2021** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 28, 2022** |
| Rebuttal expert disclosures | **February 4, 2022** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2).  Therefore, the last day to file discovery-related motions is | **March 11, 2022** |
| Discovery completed by | **April 1, 2022** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **May 6, 2022** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### Discovery

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

### Settlement

The Court designates this case for mediation under LCR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule.

If this case settles, plaintiff's counsel shall notify Kelly Miller via e-mail at Kelly_Miller@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

///

SCHEDULING ORDER - 2

1    The Clerk is directed to send copies of this Order to all parties of record.

2    Dated this 6th day of July, 2021.

3

4                                                    _____
                                                     J. Richard Creatura
5                                                    Chief United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24